IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **LESTER J. SMITH, JR.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 5:22-CV-44-CAR-TQL |
| | : | |
| | : | |
| **WARDEN CLINTON PERRY,** *et. al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

### ORDER ON ORDER AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Order and Recommendation to deny Plaintiff Lester Smith's various Motions for injunctive relief. [Docs. 94, 97, 104, 109, 126, 132, 136, 137]. Plaintiff did not file an objection to the Order and Recommendation, and the time in which to do so has expired. Having considered the Order and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

Accordingly, the Recommendation [Doc. 140] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's Motions for injunctive relief [Docs. 94, 97, 104, 109, 126, 132, 136, 137] are **DENIED**.

1

**SO ORDERED,** this 18th day of May, 2023.

               s/ C. Ashley Royal
               C. ASHLEY ROYAL, SENIOR JUDGE
               UNITED STATES DISTRICT COURT